UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY K. PUCKETT,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01953-APG-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is a motion by Gregg A. Hubley, Esq., of Arias, Sanguinetti, Wang & Torrijos, and Phillip T. Vondra, Esq., of Vondra & Hanna, to withdraw as counsel for Plaintiff. Docket No. 25.

The Court hereby **SETS** a hearing on that motion for 11:30 a.m. on July 10, 2019, in Courtroom 3A. Plaintiff's current local counsel, Mr. Hubley, and any newly retained counsel shall appear in person. Plaintiff and Mr. Vondra may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the calls must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

. . .

. . .

. . .

1

No later than July 3, 2019, Plaintiff's current counsel shall serve her with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than July 8, 2019.

IT IS SO ORDERED.

Dated: June 5, 2019

 _____
Nancy J. Koppe
United States Magistrate Judge