## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARY KAY PUCKETT,

    Plaintiff,

v.

MGM RESORTS INTERNATIONAL, INC., et al.,

    Defendants.

Case No.: 2:18-cv-01953-APG-NJK

**Order**

On June 4, 2019, Plaintiff's counsel filed a motion to withdraw. Docket No. 25. On June 5, 2019, the Court set a hearing on that motion for July 10, 2019, at 11:30 a.m. Docket No. 26. As Plaintiff lives out of the District, the Court allowed her to appear at the hearing telephonically. *Id*. at 1. The Court ordered Plaintiff's counsel to serve her with its order and to file a proof of service. *Id*. at 2. Plaintiff's counsel complied. Docket No. 29. Plaintiff failed to appear.

Parties are required to comply with the Court's orders. *See, e.g.*, Fed. R. Civ. P. 16(f). The Court **ADMONISHES** Plaintiff for failing to appear telephonically as ordered and **CAUTIONS** Plaintiff that she is required to strictly comply with all orders moving forward. The Court warns Plaintiff that <u>future failure to comply with the Court's orders may result in the imposition of sanctions, up to and including dismissal</u>.

The Court INSTRUCTS the Clerk's office to serve this order on Plaintiff Mary Kay Puckett via U.S. Mail at 422 Meadows Lane, Townville, SC 29689.

IT IS SO ORDERED.

DATED: July 9, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE