# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KAY PUCKETT,<br>    Plaintiff(s),<br>v.<br>MGM RESORTS INTERNATIONAL, INC., et al.,<br>    Defendant(s). | Case No.: 2:18-cv-01953-APG-NJK<br><br>**ORDER** |

On July 9, 2019, the Court ordered Plaintiff Mary Puckett to file either a notice of appearance by newly retained counsel or a notice that she intends to proceed *pro se*. Docket No. 31. The deadline to comply with that order expired on August 8, 2019. *Id.* Ms. Puckett violated that order. The Court again **ORDERS** Ms. Puckett to file either a notice of appearance by newly retained counsel or a notice that she intends to proceed *pro se* by October 9, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Clerk's Office is **INSTRUCTED** to serve a copy of this order on Ms. Puckett at her physical address.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1